**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000206**
**16-JUL-2025**
**09:02 AM**
**Dkt. 17 OGMR**

NO. CAAP-25-0000206

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARK ZIEBOLD, Plaintiff-Appellee, vs.
JAMES BUI AND DIANA BUI-NGUYEN, Defendants-Appellants.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CIVIL NO. 3DRC-24-0000850)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka, and Wadsworth, JJ.)

Upon consideration of the July 7, 2025 filing from self-represented Defendants-Appellants Diana Bui-Nguyen and James Bui, which the court construes as a motion for reconsideration of the June 25, 2025 Order Dismissing Appeal and relief from the May 21, 2025 Default of Record on Appeal (**Motion**), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is reinstated.

IT IS FURTHER ORDERED that, within 35 days from the date of this order, the district court clerk shall file the record on appeal.

IT IS FURTHER ORDERED that the appellate clerk shall serve a copy of this order on the district court clerk.

DATED:  Honolulu, Hawaiʻi, July 16, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge